**Order entered October 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00311-CR
No. 05-13-00313-CR

**JAMES WESTBROOK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F12-24087-I, F12-59894-I

## ORDER

The Court **GRANTS** appellant's October 10, 2013 request for an extension of time to file his pro se response to the *Anders* brief filed by counsel. We **ORDER** appellant to file his pro se response by **DECEMBER 2, 2013**.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to James Darrell Westbrook, No. 130127474, Dallas County Jail, Post Office Box 660334, Dallas, Texas 75266-0334.

/s/      LANA MYERS
JUSTICE